IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02881-BNB

FRED JOHNSON,

    Plaintiff,

v.

DEPARTMENT OF VETERANS AFFAIRS,
DENVER VA MEDICAL CENTER and its Employees, Agents and Officers including but
    not limited to,
ERIC K. SHINSEKI, Secretary Department of Veterans Affairs, and
LYNETTE ROFF, Hospital Administrator Denver VA Medical Center,

    Defendants.

---

## ORDER DRAWING CASE

---

After review pursuant to D.C.COLO.LCivR 8.1C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.1D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED December 13, 2011, at Denver, Colorado.

                                                BY THE COURT:

                                                s/ Boyd N. Boland
                                                United States Magistrate Judge