IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02881-MSK-CBS

FRED JOHNSON,
        Plaintiff,
v.

DEPARTMENT OF VETERANS AFFAIRS,
DENVER VA MEDICAL CENTER, and its employees, Agents and Officers including but
not limited to
ERIC K. SHINSEKI, Secretary, Department of Veterans Affairs, and
LYNETTE ROFF, Hospital Administrator, Denver VA Medical Center,
        Defendants.

_____

ORDER

_____

Magistrate Judge Craig B. Shaffer

        This civil action comes before the court on Mr. Johnson's "Title VII Complaint"

(Doc. # 15) (filed on January 4, 2012).  Pursuant to the Order of Reference dated

December 29, 2011 (Doc. # 28), this action was referred to the Magistrate Judge.  The

court has reviewed the entire case file, and the applicable law and is sufficiently advised

in the premises.

        Mr. Johnson has submitted his second amended "Title VII Complaint" without

filing a motion seeking leave of court to file an amended complaint.  Pursuant to Fed. R.

Civ. P. 15(a), a "party may amend its pleading once as a matter of course . . . ."  Mr.

Johnson already filed an amended Complaint on December 7, 2011.  (*See* Doc. # 5).  If

Mr. Johnson seeks to again amend his pleading (Doc. # 5), he must file with the court a

motion for leave to amend and attach a copy of the proposed Second Amended

Complaint.  The court will strike Mr. Johnson's purported amended pleading that was

filed without asking or receiving the court's permission.

Accordingly, IT IS ORDERED that Mr. Johnson's second amended "Title VII

Complaint" (Doc. # 15) (filed on January 4, 2012) is STRICKEN.  For now, the case will

proceed on Mr. Johnson's Amended Title VII Complaint filed on December 7, 2011

(Doc. # 5).

DATED at Denver, Colorado, this 6th day of January, 2012.

BY THE COURT:


        s/Craig B. Shaffer
United States Magistrate Judge